UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THOMAS GILES<br><br>                    Plaintiff,<br><br>       v.<br><br>SOUTHWEST AIRLINES CO.<br><br>                    Defendant. | **Case No.: 3:20-cv-1919-N** |

### NOTICE OF SETTLEMENT

The parties have a reached a settlement in principle. The parties will file a stipulation of dismissal within the next 30 days.

 /s/Richard Liebowitz
 Richard P. Liebowitz
 Liebowitz Law Firm, PLLC
 11 Sunrise Plaza, Suite 305
 Valley Stream, NY 11580
 Tel: (516) 233-1660
 RL@LiebowitzLawFirm.com

 Dated: August 19, 2020

 *Attorneys for Plaintiff Thomas Giles*